PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TAWNYA RODRIGUEZ,

     Plaintiff,

     v.

EUROSTAR, INC., a Delaware
corporation, d/b/a
WWW.SHOPWSS.COM,

     Defendants.

Case No. 3:25-cv-01713-BJC-KSC
Assigned to Honorable Benjamin J. Cheeks

**NOTICE OF SETTLEMENT (L.R. 40-2)**

Complaint Filed: July 6, 2025

1    **TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

2        **PLEASE TAKE NOTICE** that the parties have reached a settlement of the

3    above-captioned matter and are in the process of executing the actions required by the

4    agreement.    It is anticipated that request for dismissal in accordance with Rule

5    41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within sixty (60)

6    days of the date of this Notice.

7

8    Dated:  September 12, 2025                    PACIFIC TRIAL ATTORNEYS

9                                                 By: */s/ Scott J. Ferrell*
                                                 Scott J. Ferrell
10                                               Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT (L.R. 40-2)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.